**State of Michigan Uniform Law Citation**

US DOT #: 
Ticket No.: W1620
Incident No.: 14007794
Victim Involved: ☐
Dept. No.: 834

The People of: ☐ The State of Michigan ☐ Township ☑ City ☐ Village ☐ County
Of: **Wyoming**
Local Arrest No.: 
Detection Device: 
BAC: 
Detected Speed: 

THE UNDERSIGNED SAYS THAT ON: **3/15/2014**
At Approx.: **1:56 PM**
Date Of Birth: **6/24/1946**

State: **MI**  ☑ Oper.  ☐ Chauff.  ☐ CDL
Driver's License Number: **S-432-603-429-482**
SSN (Last 4 Digits): 

Race: **Unknown**
Sex: **M**
Height: **600**
Weight: **280**
Hair: 
Eyes: **BLU**

Occupation/Employer: 

Name (First, Middle, Last): **MICHAEL JOHN SCHULTZ**
Street: **1961 PROSPECT AVE SE**
City: **GRAND RAPIDS**   State: **MI**   Zip Code: **49507**

Vehicle Plate No.: **6079E2**   Year: **2014**   State: **MI**
Vehicle Description: **2005 CHEV GRN**   Veh. Type: **PA**

THE PERSON NAMED ABOVE, in violation of ☑ Local Ordinance ☐ State Law ☐ Admin. Rule
UPON: **3603 S. DIVISION AVE SW**
AT OR NEAR: 
Within: ☑ City ☐ Village ☐ Township OF **WYOMING**
COUNTY OF: **KENT**   DID THE FOLLOWING

| * Type | MCL Cite/PACC Code/Ordinance | Description | Charge No |
|---|---|---|---|
| ☐ C/I ☐ Warn ☑ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization Pend. **010.101(42)/50-117** | **TRESPASSING** | 1 |
| ☐ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization Pend. | | 2 |
| ☐ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization Pend. | | 3 |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed
SEE DATE BELOW. SEE RIGHT SIDE OF CITATION FOR EXPLANATION AND INSTRUCTIONS

Offense Code(s):
1  **750.552**   2     3
* Key C/I= Civil Infraction Misd= Misdemeanor Warn= Warning CSEzone -Construction/School/Emergency Waiv= Violation for Which Fines/Costs May Be Waived  Pend= Authorization pending

Remarks:

Ticket No. W1620235
Name: **MICHAEL JOHN SCHULTZ**
Case No. 14007794

VIN: **1GNDV33L65D153810**
CHECK IF APPROPRIATE:
☐ Construction Zone   ☐ Damage to Property
☐ Vehicle Impounded   ☐ Injury
☐ Traffic Crash       ☐ Death
☐ Person in Active Military Service

☐ Local Court Bond **$0.00**
☐ License Posted in Lieu of Bond
☑ Appearance Certificate
☐ None

☐ Appearance Date on or before:
☑ Hearing Date (if applicable) on: **3/24/2014 at 9:00 AM**
☐ Contact Court
☐ Juvenile Traffic Misd.
☐ Formal Hearing Required. (Court will Notify)

**62A District Court**   MI410065J
Court Address & Phone Number
**62A District Court**
**2650 DeHoop Ave SW**
**Wyoming, MI 49509**
**(616)257-9825**
Office Hours: Mon - Thur. 8 am to 5 pm - Fri 8 am - 3 pm

☑ I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable) I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable: **S. RELLINGER \\**
Month Day Year: **3/15/2014**
Officer's Name (printed): **S. RELLINGER \\**
Officer's ID No.: **2609**
Agency ORI: **MI4183400**
Agency Name: **Wyoming Police Department**
Authority: 1949 PA 300
Compliance: Voluntary

INDICATE NORTH BY ARROW

Exhibit: **A**

| Weather | Highway | Traffic | Light |
|---|---|---|---|
| ☐ Clear | ☐ Dry | ☐ Light | ☐ Daylight |
| ☐ Cloudy | ☐ Wet | ☐ Medium | ☐ Darkness |
| ☐ Raining | ☐ Muddy | ☐ Heavy | ☐ Dawn |
| ☐ Snowing | ☐ Snowy | ☐ Vehicle | ☐ Dusk |
| ☐ Fog | ☐ Icy | ☐ Pedestrian | ☐ Other |
| ☐ Street | ☐ Loose Material | ☐ Cross Traffic | |
| | Lanes | | |

Remarks:

**DISPOSITION**

Judge/Magistrate: 
Court: 
Location: 
Findings:  ☐ Guilty/Responsible   ☐ Not Guilty/Responsible   ☐ Dismissed
Probation:      Date:
Remarks: