```
STATE OF MICHIGAN            ORDER FOR            CASE NO.  14WM300   OM
62-A JUDICIAL DISTRICT   { }PRETRIAL RELEASE { }CUSTODY  X-REF:  W162035
POLICE NO: 14-7794             { }AMENDED
            Court Address 2650 DEHOOP AVENUE, SW        Court Telephone
ORI MI410065J             WYOMING, MI  49509              (616) 257-9814
                                 Defendant's name, address, and phone
                                 (616) 723-3903
People of CITY OF WYOMING    V   SCHULTZ/MICHAEL/JOHN
                                 1961 PROSPECT AVE SE
                                 GRAND RAPIDS, MI  49507
                                   DOB          CTN/TCN
                                   6/24/46
```

Date of Arrest: MARCH 15, 2014
Off type: MISDEM.   Arrest Agency: WYOMING POLICE DEPT   Agency file #: 14-7794
Offense: TRESPASSING            Statute/citation: 010.101(42)/50-117-ORD
Purpose of next appearance: PRETRIAL    Time:11:00 AM Date: MAY 5, 2014
Appearance place: AT COURT ADDRESS ABOVE
                    {_} Proof of value & interest in real property required
Type of bond: PERSONAL     Full bail amount:    500.00 {_} Bond denied
 Bond set by Judge: PABLO CORTES
{_} Pursuant to 18 USC 922(g)(8), the court found, at a hearing, that the
defendant represents a credible threat to the physical safety of one or more
persons as defined in 18 USC 922(g)(8) and 18 USC 921(32) and named in item 2.
IT IS ORDERED:
{_} 1. The defendant shall post a new bond (MC 241). Any additional conditions
       are specified in item 2. and in the bond.
{X} 2. Conditions to be specified in the bond are:
(see following page for list of conditions-they may be indicated by item number)
        ** NO CONTACT:  G'S GRILL

{_} 3. The {_}sheriff {_}custodial agency/facility _____ shall:
       {_} a. continue to hold the above-named defendant in their care and
              custody until further order of the court.
       {_} b. hold the above-named defendant in their care and custody until
              bond is posted and the conditions are agreed to as specified
              in item 2. and in the bond.
       The defendant shall be brought to all court appearances while in custody
       or as otherwise ordered.
{_} 4. The previously posted bond is continued.
{_} 5. The previously posted bond is revoked, conditions of release under
       MCL 765.6b or 780.582a are cancelled, and LEIN entry be removed.
                                                  {_} Bond is forfeited.

APRIL 29, 2014                                        P-53757
Date          Judge: PABLO CORTES                     Bar no.
Scheduled court appearances:

DATE        TIME       REASON         COURT LOCATION              CLERK

5/05/14  11:00 AM    PRETRIAL        _____   _____

(SEAL)                                                    Exhibit: B

SHERIFF/FACILITY COPY    MCL765.6b, MCL780.582a, MCR3.935, MCR6.106, MCR6.610
MC240 (1/08)  ORDER FOR PRETRIAL RELEASE/CUSTODY         18 USC 922(g)(8)

## TERMS AND CONDITIONS

**By signing this bond I agree to the following terms and conditions and any other conditions specified on the face of this bond.**
1. I will personally appear for any examination, arraignment, trial, or sentencing and will appear at such other times and places as may be directed by the district court or by the circuit court. If I am represented by an attorney in this case, any notice to appear may be given to my attorney in place of personal notice to me.
2. I will abide by any judgment entered in this case and will surrender myself to serve any sentence imposed.
3. I will not leave the State of Michigan without the permission of the court having jurisdiction over my case.
4. I will not commit any crime while released.
5. I will immediately notify in writing the court having jurisdiction over my case of any change in my address or telephone number.
6. I will abide by any other conditions described on the face of this form and in any release order.
7. I understand that if I violate items 12 or 13 (if conditions of my release), I am subject to arrest without a warrant and may have my bond forfeited or revoked and new conditions of release imposed, in addition to any other penalties that may be imposed if I am found in contempt of court.
8. I understand that if I violate any of the terms and conditions of this bond and am arrested for the violation in another state, that I waive all extradition proceedings and will be immediately returned to this state.

**TO: Person preparing the Bond or the sheriff/jailer/law enforcement agency holding the defendant.** Please indicate each applicable condition by the corresponding item number.
**TO: Defendant.** If any of these items are specified on the face of this bond, by signing this bond, you are agreeing to abide by them. **The conditions applicable to you will be identified on the face of the bond by item numbers.**
Item 1.  Make reports to a court agency as specified by the court or the agency.
Item 2.  Not use alcohol nor illicitly use any controlled substance.
Item 3.  Participate in a substance abuse testing or monitoring program.
Item 4.  Participate in a specified treatment program for any physical or mental condition, including substance abuse.
Item 5.  Comply with restrictions on personal association, place of residence, place of employment, or travel.
Item 6.  Surrender driver's license or passport.
Item 7.  Comply with a specified curfew.
Item 8.  Continue to seek employment.
Item 9.  Continue or begin an educational program.
Item 10. Remain in the custody of a responsible member of the community who agrees to monitor the defendant and report any violation of any release condition to the court.
Item 11. Not possess or purchase a firearm or other dangerous weapon.
Item 12. Not harass, intimidate, beat, molest, wound, stalk, threaten, or engage *used* in other conduct that would place any of the following persons or a *for* child of any of the following persons in reasonable fear of bodily *NCIC* injury: spouse, former spouse, individual with whom defendant has a *entry* child in common, resident or former resident of defendant's household.
Item 13. Not assault, harass, intimidate, beat, molest, wound, or threaten a named person or persons (add name(s) on the face of the bond).
Item 14. Satisfy any injunctive order made a condition of release.
Item 15. Not have (or cause any third party to have) any direct or indirect contact with (add name(s) to face of bond) and not enter specified premises or areas (add address(es) to face of bond).
Item 16. May go to the residence one time accompanied by peace officer to remove personal belongings.
Item 17. Comply with any other condition including the requirement of money bail
Item 18. Other.
**NOTICE OF FIREARMS RESTRICTION:** If item 12 is listed as a condition of your release, federal and/or state law may prohibit you from possessing or purchasing ammunition or a firearm (including a rifle, pistol or revolver).