# Wyoming City Ordines



Exhibit: **D**

Sec. 50-115. - Neglect or refusal to return rented or leased property.

- It shall be unlawful for any person to willfully neglect or refuse to return a motor vehicle, trailer or other tangible personal property delivered on a rental or leased basis, under any agreement in writing providing for its return to a particular place at a particular time, after the expiration of the time stated in a notice in writing, proved to have been duly mailed by registered or certified mail addressed to the last known address of the person who rented or leased the property in question, and with intent to defraud the owners. Service of the notice by certified or registered mail addressed to the last known address of the person who rented or leased the property in question shall be prima facie evidence of intent to defraud.

(Code 1983, § 10.101(78))

- Sec. 50-116. - Entry of places charging admission without payment of charges.

- It shall be unlawful for any person to enter into any place, area or building, or any part thereof, without having first paid any fee, charge or other consideration required for admission.

(Code 1983, § 10.101(43))

- Sec. 50-117. - Entry of private property without permission; remaining without permission.

- It shall be unlawful for any person to enter into or upon any private property without the permission of the owner or person in charge of such property, or after having entered into or upon any private property with the permission of the owner or person in charge, to remain thereon after being requested to leave by the owner or person in charge of such property.

(Code 1983, § 10.101(42))

- Sec. 50-118. - Entry upon public property without authorization; remaining without authority.

- It shall be unlawful for any person to enter into or upon any public property which is not generally open to the public without having permission of a city employee or city official having authority to permit such person to enter into or upon such public property or, after having entered into or upon any public property, fails to remove himself from such public property after having been directed to by a police officer or by a city employee or city official having the authority to make such a request.

(Code 1983, § 10.101(41))

- Sec. 50-119. - Trespass; destruction or theft of part of property.

It shall be unlawful for any person to enter upon the land of any person in the city without consent of the owner and there to cut down, damage, destroy, eat or carry away any part of such land including, but not limited to, any growing thing, crop, tree, timber, grass, seed, soil, fertilizer, water supply, tool, implement, fence or any other protective device or any other thing used for the development, cultivation, maintenance and use of such land.

(Code 1983, § 10.101(28))