UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. SCHULTZ, | ) |
| Plaintiff, | ) Case No. 1:15-cv-940 |
| v. | ) Honorable Robert Holmes Bell |
| CITY OF WYOMING, et al., | ) |
| Defendants. | ) |

**JUDGMENT**

In accordance with the opinion and order entered this date;

JUDGMENT is entered in favor of Defendants.

Dated: December 30, 2016          /s/ Robert Holmes Bell
                                  ROBERT HOLMES BELL
                                  UNITED STATES DISTRICT JUDGE